UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:  
WILBUR BURTUM HINES

Debtor(s)

Case No. 12-54783 MEH

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Devin Derham-Burk, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/26/2012.

2) The plan was confirmed on 04/15/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/17/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/24/2015.

5) The case was completed on 12/09/2016.

6) Number of months from filing to last payment: 53.

7) Number of months case was pending: 60.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $339,788.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $57,639.62 |
| Less amount refunded to debtor | $2,918.18 |

**NET RECEIPTS:** $54,721.44

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,200.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,414.54 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,614.54

Attorney fees paid and disclosed by debtor: $1,500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLIANCE ONE RECEIVABLES MANA | Unsecured | 1,691.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED COLLECTION SERVICE | Unsecured | 9,130.82 | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 32.39 | 32.39 | 32.39 | 0.01 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | 1,154.64 | 1,154.64 | 1,154.64 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| MERIWEST CREDIT UNION | Secured | 80,883.15 | 79,466.90 | 79,466.90 | 0.00 | 0.00 |
| RECEIVABLES PERFORMANCE | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 535,637.00 | 563,276.04 | 563,276.04 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 48,229.34 | 47,919.86 | 47,919.86 | 47,919.86 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $642,742.94 | $0.00 | $0.00 |
| Mortgage Arrearage | $47,919.86 | $47,919.86 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$690,662.80** | **$47,919.86** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,154.64 | $1,154.64 | $0.00 |
| **TOTAL PRIORITY:** | **$1,154.64** | **$1,154.64** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32.39** | **$32.39** | **$0.01** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,614.54 |
| Disbursements to Creditors | $49,106.90 |
| **TOTAL DISBURSEMENTS :** | **$54,721.44** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/14/2017      By: /s/ Devin Derham-Burk
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 14th day of June, 2017.

ELECTRONIC SERVICE - United States Trustee

| | |
|---|---|
| WILBUR BURTUM HINES<br>4123 BEEBE CIR<br>SAN JOSE, CA  95135 | DREW HENWOOD<br>LAW OFFICES OF DREW HENWOOD<br>510 N 1ST ST #205<br>SAN JOSE, CA  95112 |

Date:  June 14, 2017                                /s/ Devin Derham-Burk
                                                                    Devin Derham-Burk
                                                                    Chapter 13 Standing Trustee

**UST Form 101-13-FR-S (9/1/2009)**