Arnold L. Graff (SBN 269170)
agraff@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorney for
Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>WILBUR BURTUM HINES,<br><br>Debtor. | Case No. 12-54783-meh<br><br>Chapter 13<br><br>R.S. No. ALG - 489<br><br>**DECLARATION Nhung Nguyen**<br>**IN SUPPORT OF MOTION FOR**<br>**RELIEF FROM AUTOMATIC STAY**<br><br>**Hearing**:<br>Date:   August 17, 2017<br>Time:   1:00 pm<br>Place:   3020<br>            280 South First Street, Room 3035<br>            San Jose, CA 95113-3099 |

I, Nhung Nguyen, declare under penalty of perjury as follows:

1.     I am a/an Vice President Loan Documentation of Wells Fargo Bank, N.A. ("Wells Fargo") and am authorized to sign this declaration on behalf of Wells Fargo. This declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2.     As part of my job responsibilities for Wells Fargo, I have personal knowledge of and am familiar with the types of records maintained by Wells Fargo in connection with the

-1-   CASE NO. 12-54783-meh
**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

account that is the subject of the Motion (the "Account") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Wells Fargo that pertain to the Account and extensions of credit given to the Debtor concerning the property securing such Account.

3. The information in this declaration is taken from Wells Fargo's business records regarding the Account. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; and (b) kept in the course of Wells Fargo's regularly conducted business activities. It is the regular practice of Wells Fargo to create and maintain such records.

4. The Debtor Wilbur B Hines has executed and delivered or is otherwise obligated with respect to the attached promissory note (the "Debt Agreement"). Debtor(s) executed a promissory note (the "Debt Agreement") secured by a mortgage or deed of trust. The Debt Agreement is made payable to Creditor or its successor. Creditor, or its successor, has possession of the Debt Agreement. Creditor, or its successor, is the original mortgagee or beneficiary of the mortgage or deed of trust. On or about December 31, 2007, World Savings Bank, FSB ("WSB") charter and bylaws were amended to change its name to Wachovia Mortgage, FSB ("Wachovia"). On or about November 1, 2009, Wachovia converted to a national bank with the name Wells Fargo Bank Southwest National Association ("WFBSW"). On the same date, WFBSW merged with and into Wells Fargo Bank, National Association.

5. As of July 10, 2017, there are one or more defaults in paying post-petition amounts due with respect to the Debt Agreement.

6. As of July 10, 2017, the unpaid principal balance of the Debt Agreement is $453,931.09.

/./././

/././

/././

/././

-2- CASE NO. 12-54783-meh
**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**
403-CA-Northern-V15

/././

7. The following chart sets forth those post-petition payments, due pursuant to the terms of the Debt Agreement, that have been missed by the Debtor as of July 10, 2017:

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 1 | 7/1/2016 | 7/1/2016 | $2,488.57 | $452.55 | $2,941.12 | $2,941.12 |
| 8 | 8/1/2016 | 3/1/2017 | $2,517.48 | $452.55 | $2,970.03 | $23,760.24 |
| 4 | 4/1/2017 | 7/1/2017 | $2,517.48 | $749.06 | $3,266.54 | $13,066.16 |
| Less post-petition partial payments (suspense balance): | | | | | | ($1,860.90) |

**Total: $37,906.62**

8. As of July 10, 2017, the total post-petition arrearage/delinquency and amount necessary to cure the post-petition default alleged in the Motion is $38,056.62, consisting of (i) the foregoing total of missed post-petition payments in the amount of 37,906.62, plus (ii) the following post-petition fees:[1]

| Description | Amount |
|---|---|
| Atty fee | $150.00 |

---

[1] The total of missed post-petition payments for this impounded loan include any missed escrow payments. Such missed escrow payments include amounts assessed for taxes and insurance and any previously assessed escrow shortage amount (if applicable). To avoid duplication, post-petition advances (if any) made for insurance, real estate taxes, or similar charges are not listed separately to the extent such advances would have been paid from the missed escrow payments. As part of the next annual RESPA analysis, Wells Fargo will determine whether the escrow payments assessed to the debtor (including the missed escrow payments) result in a projected escrow shortage or overage. All rights are hereby reserved to assert or request any escrow amounts in accordance with RESPA and the total post-petition arrearage/delinquency is qualified accordingly.

1    9.    The timing and/or amount of Debtor payments changed because an ARM
2 adjustment and/or escrow adjustment and/or interest rate adjustment. Wells Fargo caused written
3 notice of this changed amount to be provided to the debtor.

4    10.   The following documents are attached as exhibits and incorporated herein by
5 reference:

6    (a)   Attached hereto as Exhibit A is a true and correct copy of the Debt
7          Agreement.
8    (b)   Attached hereto as Exhibit B is a true and correct copy of the Security
9          Instrument.
10   (c)   Attached hereto as Exhibits C and D are true and correct copies of the
11         documents evidencing the name change and mergers from World Savings
12         Bank, FSB, with and into Wells Fargo Bank, N.A.
13   (d)   Attached hereto as Exhibit E is a complete post-petition payment history.
14   (e)   Attached hereto as Exhibit F is an addendum listing all fees and charges
15         assessed to the account of the Debtor post-petition.

16 I hereby declare under penalty of perjury under the laws of the United States of America
17 that the foregoing is true and correct. Executed this 20th day of July, 2017 at, Fort Mill, South
18 Carolina.

*[signature]*
Print Name: Nhung Nguyen
Title: Vice President Loan Documentation
Wells Fargo Bank, N.A.

-4-    CASE NO. 12-54783-meh

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

403-CA Northern-V15

Case: 12-54783   Doc# 69   Filed: 07/25/17   Entered: 07/25/17 14:48:10   Page 4 of 4